JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENISE POINTER<br><br>Plaintiff(s),<br><br>vs.<br><br>STADCO LA, LLC dba SOFI STADIUM, a Delaware Limited Liability Company; PINCAY RE, LLC, a Delaware Limited Liability Company; HOLLYWOOD PARK MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, incl.<br><br>Defendant(s). | Case No.: 2:23-cv-05965-RGK-E<br><br>Judge: Hon. R. Gary Klausner<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>[49] |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a), the Court is to retain jurisdiction over the matter to enforce the Parties' settlement agreement.

The Clerk is directed to close the file.

DATED: September 26, 2025

*Gary Klausner* (signature)

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE